WR-83,996-01

RECEIVED
COURT OF CRIMINAL APPEALS
10/20/2015
ABEL ACOSTA, CLERK

# Exhibit 1

THE STATE OF TEXAS § IN THE 187th DISTRICT COURT

V. § COUNTY COURT NO.

Sylvia Martinez § BEXAR COUNTY, TEXAS

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES NICHOLAS LAHOOD, Criminal District Attorney of Bexar County, Texas by and through the undersigned Assistant Criminal District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

_____ 0604 – The Defendant was convicted (or sentence deferred) in another case or count.
_____ 0606 – The Defendant is in custody in another jurisdiction.
_____ 0608 – Old case, no arrest.
_____ 0609 – The Defendant was granted immunity.
_____ 0610 – Motion to suppress granted.
_____ 0611 – Insufficient evidence.
_____ 0612 – Co-Defendant convicted, insufficient evidence as to this Defendant.
_____ 0614 – A necessary and material witness is missing.
_____ 0615 – Other. (see explanation below)
_____ 0617 – Case re-indicted/re-filed.
_____ 0626 – The law enforcement agency failed to submit necessary evidence.
_____ 0629 – Complainant requested case be dismissed.
_____ 0630 – The Defendant died.
_____ 0639 – Defendant completed a pretrial diversion program.
_____ 0672 – Rejected extraneous offense.
_____ 0673 – Rejected multi-count charging document filed.
__X__ 0681 – Further investigation.
_____ 0682 – Restitution paid in full.
_____ 0699 – Created in error.

EXPLANATION:

WHEREFORE, PREMISES CONSIDERED on this the 1st day of Oct. , 2015, it is requested that the above entitled cause be dismissed.

Respectfully submitted,

_____
Assistant Criminal District Attorney
Bexar County, Texas
State Bar Number 24086675

## ORDER

The foregoing motion having been presented to me on this the _____ day of OCT - 5 2015, 201__, and the same having been considered, it is ORDERED, ADJUDGED AND DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

_____
Presiding Judge, Bexar County, Texas

FILED
15 OCT -5 PM 4:26
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY M<sup>c</sup>KINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT. WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*October 14, 2015*

**DONNA KAY M<sup>c</sup>KINNEY**
**BEXAR COUNTY, TEXAS**



By: _Jesus Morales_

JESUS MORALES, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*